**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X   Case 2:15-cv-01361-SJT-AKT

Jarrett R. Jenkins,

                Plaintiff,   **AMENDED COMPLAINT**

    -against-

                                            **FILED**
                                       IN CLERK'S OFFICE
Portfolio Recovery Associates, L.L.C.   **TRIAL BY JURY DEMANDED** US DISTRICT COURT E D N Y

                Defendant,   ★   MAR 23 2015   ★

---------------------------------------------------------------X

Comes now the Plaintiff Jarrett R. Jenkins respectfully submits and alleges as follows: **LONG ISLAND OFFICE**

## PARTIES

1. Plaintiff Jarrett R. Jenkins resides at 334 Locust Street, Apt-1, West Hempstead, NY 11552-3044.

2. Defendant Portfolio Recovery Associates, LLC (PRA) is a foreign company under the laws of Delaware and is registered with the Secretary Of State of New York State and has a main office address at 120 Corporate Blvd., Suite-100, Norfolk, VA 23502-4962.

3. Upon information and belief its registered agent is Corporation Service Company, 80 State Street, Albany, NY 12207-2543.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under the Telephone Consumer Protection Act (hereinafter "TCPA"), 47 U.S.C. §227 (b)(3) and 28 U.S.C.§1331, 1367, 1441 and 1446.

5. Venue is proper in this district because the cause of action arouse in Nassau County which is located in the Eastern District Of New York.

6. Defendant, Portfolio Recovery Associates, LLC (PRA) is a foreign company under the laws of Delaware and is registered with the Secretary Of State of New York State and has a main office address at 120 Corporate Blvd., Suite-100, Norfolk, VA 23502-4962.

**RECEIVED**
MAR 25 2015
EDNY PRO SE OFFICE

7. Upon information and belief its registered agent is Corporation Service Company, 80 State Street, Albany, NY 12207-2543.

## GENERAL ALLEGATIONS

8. On March 21, 2011 at 4:49:25 PM PRA called Plaintiff's wireless phone number **516-841-3132** using ATDS capable equipment without Plaintiff's prior express consent.

9. The call made by the Defendant was made with an automatic telephone dialing system (ATDS) capable equipment to Plaintiff's wireless telephone.

10. The call made to Plaintiff's wireless phone was not for an emergency purpose and was made without the consent, express or otherwise, of the Plaintiff having been given at anytime.

11. The Plaintiff has never had any business with Portfolio at any time.

12. The Plaintiff attempted to mitigate damages by sending Defendant a settlement demand letter but the Defendant declined to mitigate.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT (TCPA) VIOLATIONS

13. Paragraphs 1 through 12 are re-alleged as though fully set forth herein.

14. Plaintiff asserts a violation of 47 U.S.C. §227(b)(1)(A)(iii) as follows:

15. On March 21, 2011 at 4:49:25 PM PRA called Plaintiff's wireless phone number **516-841-3132** using ATDS capable equipment without Plaintiff's prior express consent.

## REMEDY SOUGHT

WHEREFORE, Jarrett R. Jenkins prays that the Court enter an order that:

    a. Declares' that the Defendant's conduct violated the TCPA 47 U.S.C. §227;

    b. Awards Plaintiff statutory damages pursuant to 47 U.S.C.§227(b)(3)(B) of $500;

    c. Awards Plaintiff any fees and costs incurred in this action;

    d. Awards Plaintiff any post-judgment interest as may be allowed under the law;

    e. Awards such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

March 20, 2015

*[signature]*
Jarrett R. Jenkins, Plaintiff
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

# CERTIFICATE OF SERVICE

March 20, 2015

Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
jrobertjenkins@gmail.com
516-841-3132

I hereby certify under the penalty of perjury that I served the Defendant with the "Amended Complaint" dated March 20, 2015 in reference to 2:15-cv-01361-SJF-AKT on Matthew B. Johnson of Marshall Dennehey Warner Coleman & Googin who is the Attorney of record for Portfolio Recovery Associates, LLC by USPS Certified Mail (7014 0510 0002 2950 4833) on March 20, 2015 to Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005.

_____
Jarrett R. Jenkins (Plaintiff)

Jarrett R Jenkins
PO Box 286
Altmar, NY 13510-0084

Pro Se Office
US District Court EDNY
100 Federal Plaza
Central Islip, NY 11722



7014 0530 0002 2950 4840

CERTIFIED MAIL



U.S. POSTAGE PAID
WESTHE...
MAR 20
AMOU
$6
0011350